UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-01035 PSG (Ex) | Date | February 18, 2011 |
|---|---|---|---|
| Title | Michi Tokko Corp. V. Catellus Operating Limited Partnership, *et al*. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings:** **(In Chambers) Order DISMISSING Plaintiff's Complaint with leave to amend**

    On February 2, 2011, Plaintiff Michi Tokko Corp. ("Plaintiff") filed this action against Defendants Catellus Operating Limited Partnership ("Catellus"), Prologis ("Prologis"), and Station Break, Inc., ("Station Break") (collectively, "Defendants") asserting claims for, *inter alia*, breach of contract. After reviewing the Complaint, the Court has determined that it lacks subject matter jurisdiction over the claim and therefore must DISMISS the Complaint with leave to amend. Fed. R. Civ. P. 12(h)(3).

    Plaintiff asserts jurisdiction on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). However, as is required, not all plaintiffs are diverse from all defendants. *See Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806). Plaintiff alleges that Plaintiff is a California corporation. *Compl.* ¶ 1. Plaintiff further alleges that Defendant Station Break is a California corporation. *Compl*. ¶ 7. Accordingly, complete diversity is lacking as both Plaintiff and Defendant Station Break are California corporations.

    Consequently, the Court is obligated to DISMISS the Complaint with leave to amend.

    **IT IS SO ORDERED.**